IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES EICHENBERG, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 14-4117 |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 8th day of December, 2015, after considering the complaint, the answer, and all briefs of record; and after considering the administrative record (Doc. No. 6); and after considering the report and recommendation filed by United States Magistrate Judge Lynne A. Sitarski (Doc. No. 15); and no party having filed objections to the report and recommendation; accordingly, it is hereby **ORDERED** as follows:

1. The clerk of court is **DIRECTED** to return this matter to the court's active docket;

2. The report and recommendation (Doc. No. 15) is **APPROVED** and **ADOPTED**;

3. The plaintiff's request for review is **GRANTED** insofar as he requests that the decision of the Commissioner be vacated and remanded for further proceedings;

4. The final decision of the Commissioner is **VACATED** and this matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the report and recommendation; and

5.	The clerk of court is **DIRECTED** to mark this matter as **CLOSED**.

> BY THE COURT:
>
>
> /s/ *Edward G. Smith*
> EDWARD G. SMITH, J.